Anthony Lowe
Loweanthony36@gmail.com
219 Wisconsin Ave Alton Illinois 62002
3144419190

Dear Honorable Judge Henry Autrey,

I am writing to you today to express my thoughts and observations about Darius, a person who I have had the privilege of knowing for a few years now. In my interactions with Darius, I have consistently witnessed his uplifting and positive energy that seems to radiate from him. He is the type of individual who brings out the best in those around him and his presence is truly felt.

Darius is a person who goes out of his way to support and encourage others. I have never seen him belittle or put down anyone, regardless of the circumstances. He genuinely wants to see those around him succeed and thrive, sometimes even more so than he does himself. His motivation and drive are truly inspiring and have a way of spreading to those in his vicinity.

What sets Darius apart is his unwavering commitment to doing the right thing, even when no one is watching. He is a person of integrity and honesty, and his actions always align with his values. In a world where it can be easy to compromise one's principles for personal gain, Darius stands out as a beacon of moral courage and ethical conduct.

In conclusion, I believe that Darius is a rare gem in today's society. His positive mindset, selfless attitude, and genuine care for others make him a valuable asset to any community. I hope that you will take these words into consideration as you assess his character and actions. Thank you for your time and attention.

Sincerely,

Anthony Lowe

**CHARACTER REFERENCE LETTERS FOR COURT SENTENCING**

**DATE:  14 June 2024**

Brittany Davis
Navy Veteran
1848 Spring Beauty Drive
Florissant, MO 63031
Cell: 314-249-1049
Email: brittany.t.davis525@gmail.com

Letter to the Judge in Relation to the Court Sentencing of Darius Carter Case No 4:22-CR-313-HEA-SRW-1

To the Sentencing Judge:

I humbly ask your good office that you show utmost leniency in your choice of a sentence with respect to Darius Carter's criminal case. I am appealing and pleading for your clemency as the friend of Darius Carter.

I can attest that he has shown sincere remorse for his offenses. Your honor, Darius Carter is a good and honest person. I have known him for over 3 years and I have never witnessed or have known of any instance that Darius Carter committed an offense which constitutes as grave misconduct or actions showing high moral depravity. I also know that Darius Carter accepts and knows that he has done something wrong and understands that he needs to make reparations for it.  I meet Darius at STL Boxing Academy 2021. I was looking for another organization that I can be a part of after my military service. Darius was one of the first boxers I met. He has help me learn the mechanics as well show what hard work and dedication looks like. He inspires everyone to be better than what they were. He helps out anyone who needs it and has been a support system to all.

I am a Navy veteran. I served in Operating Enduring Freedom in Afghanistan in 2011. I spent 11 years in the Navy. I am a disabled veteran and I have struggled with PTSD as well as stroke survivor.

Your honor, I hope you consider the preceding information in sentencing him on August 28, 2024.

Thank you for accepting and taking time to read my letter.
Sincerely,
Brittany Davis

Dajah White

3914 West Belle Pl

St. Louis, MO 63108

June 10, 2024


To Whom It May Concern:


My name is Dajah White, and I am a client that attends STL Boxing Academy. I have been going to STL Boxing Academy for two years and within those two years, I got to know Darius Carter. I am writing this in regards of Darius and his character. My first interaction with him, he personally broke me out of my shell. I was shy and new to the gym two years ago, and Darius was one of the first people that spoke to me and made me feel comfortable. He has a very welcoming personality and is full of life. As I been attending the gym, I see Darius as one of the strongest men there; mentally and physically. The days I am not at the gym, I hear phenomenal things about him and the hard work he puts in. He is one of the most motivating people there inspiring people to become the very best in boxing. One of the best traits he demonstrates is perseverance. He shows, when life is pulling you down to the ground, you must get up and keep moving forward.

When it comes to Darius and his past, I strongly believe he has sought forgiveness and remorse for his wrongdoings. In reality, everyone makes mistakes, and no one is perfect. We all have a past we wish we can redo and change, but due to that being impossible, we learn from our mistakes and try to do better in life. In Darius case, I strongly believe that is what he is doing. I believe he is trying to turn his life around for the good to enhance his personal growth and redemption. By also doing so, he will be setting an example to help other people out in the future. So, I am respectfully asking may you implement reasonable and appropriate consequences when it comes to his case? As I previously stated above, Darius is full of life, he has more hard work to accomplish, he has more people he needs to inspire, and most importantly, he must finish writing his own story.


Thank you.

Sincerely,

Dajah White

Dajah White

314-971-7604

Damorius Russell
1245 Ensley Drive
Bellefontaine, MO 63137

Dear Honorable Judge Henry Autrey


I am writing to you in regards to my brother, friend, and teammate, Darius Carter. I feel compelled to shed light on the positive impact he has had on myself and those around him. Darius is not just a sparring partner, but a leader and motivator at STL Boxing Academy, where we train together.

Darius has a unique ability to uplift and inspire those around him. His positivity, resilience, and drive have not only influenced me, but everyone at the gym. His leadership skills and ability to overcome adversity are truly remarkable. Darius has achieved great success in the sport of boxing, including becoming a Golden Gloves champion in 2023. His dedication and hard work have inspired all of us to strive for greatness.

I personally have been motivated by Darius during our sparring sessions. His encouragement and push have given me the confidence to succeed in and out of the ring. His work ethic and determination, evident in his journey to lose over 100 pounds, serve as a testament to his character and drive.

Darius is not only impactful in the gym, but also within his family. I have witnessed his accountability and commitment to bettering himself and those around him. I believe that he deserves a chance to prove that his past actions do not define him and that he is capable of making positive changes in his life.

I am honored to have the opportunity to speak on behalf of my brother, and I sincerely hope that you will consider his potential for growth and redemption. Thank you for your time and consideration.

Sincerely,


Damorius "Russ" Russell
314-769-1334



June 12, 2024

Dr. Danielle Peebles
2315 Pine St., Ste 2
St. Louis, MO 63103

Dear Honorable Henry E. Autrey:

I am Dr. Danielle Peebles, a licensed and practicing chiropractic physician in the state of Missouri. Born and raised in the city of St. Louis, I am a product of the Saint Louis Public School system. I am also a Daughter of Saint Louis University (BA in Chemistry, minor in Mathematics, 2005), and a graduate of Logan University (Doctorate of Chiropractic, 2009). I have been serving the communities in and around the St. Louis City for almost fifteen years as a physician, more than ten years as a college professor, and more than five years as a member of the O'Fallon Park YMCA Board. I have worked with, and observed, people of all ages and am a great judge of character and intent. Regardless of the capacity in which I am working with people, I am always advocating for those who cannot help themselves, and assisting in establishing fairness on any playing field.

Although my spirit stands six feet tall, I am measured to be four feet eleven with a very youthful appearance. Quietly, one day, I stood before a group of energized and talkative boxers, both male and female, observing everyone and everything. I was making mental notes of each person in the space. While most people were engrossed in their own conversations and nary paying me any attention, there was one who was contrastingly quiet and anticipating when I would speak. Mr. Darius Carter. I recall how he sat with great composure. Calmly and evenly, Mr. Carter's voice was audible over the noise of the gym, when he commanded their attention be directed towards me. In that moment, he demonstrated confidence, respect, and authority. Not only did he demonstrate respect for his fellow athletes, he demonstrated respect for me as a guest in their gym. Without having to repeat himself, everyone gave me their undivided attention. That day was not the last I would interact with Mr. Carter.

Dedicated to both personal and professional development, and intrigued by the benefits of chiropractic, Mr. Carter sought care in my office. After receiving a complete evaluation and treatment plan recommendation, he had a choice to make: 1. Follow the plan recommended or 2. Follow his version of the recommended plan. Making an investment in himself and his future, he followed the recommended treatment plan. Committed, he was at every single appointment on time. If he was concerned that he would not be on time, he was certain to have communicated this with the office. As a result, not only did his overall health improve, but his overall performance in the ring. He went on to win the boxing match he was preparing for at that time.

As his chiropractor, I was given the opportunity to learn his more about his future plans. He desires to build cars. At first, he thought studying to become a mechanic would get him there. After thinking



about it, he decided welding would be the better approach. By the time I had met him, he was already enrolled in school.

Having observed maturity, respect, and leadership, I undoubtedly believe Mr. Carter deserves a positive recommendation. Our community needs him. His growing family needs him.

Honorable Henry E. Autrey, I realize your time is valuable. I sincerely thank you for your time and consideration. If you would like further information, I can be reached by phone at 314-607-9150 or via email at drdannip@yahoo.com.

Best regards,

Dr. Danielle Peebles

June 12, 2024

Dear Judge Henry Autrey:

I would like to add my name to the list of people in support of Darius Carter, my name is Earl McWilliams Jr. I'm a boxing judge and promoter in St. Louis. Through my work with USA Boxing I've had the pleasure of working with this pleasant young man. His zest for the sport made him an instant fan favorite to become a "Must See TV" personality, he always come prepared and determined.

I see boxing as a positive outlet and a function that allows him to work with other young people and further achieve his own personal growth and goals. In my opinion Darius has and will continue maturing and reforming with supportive team like his adopted STL Boxing Academy family, friends and relatives. He is a work in progress.

My hope is that Darius be allowed to continue his progress towards the future and not be stagnated by his past.

Thank You,
Earl McWilliams Jr.
Elite Boxing Promotions, LLC

Elizabeth Helton, LCSW

1315 Ensenada Drive

Florissant, MO 63031

(309)242-3924

June 9th, 2024

The Honorable Judge Autrey

Re: Character Reference for Darius Carter

My name is Elizabeth Helton and I am writing to you today to speak on behalf of my teammate and friend Darius Carter. I have know him for approximately 3 years, primarily as a teammate at a local boxing school we both attend. I just want to state that Darius shows genuine concern and remorse for the choices he had made in the past. There is concrete evidence in this in everything he does. The Darius Carter we know at the gym is a man of character. He shows up and works hard daily, he is a leader, a coach, and a constant role-model for others. Darius teaches children and speaks about having discipline and being responsible for one's own actions. He is encouraging and always positive.  I know it is easy to think a gym might be a small part of ones life, but this is not the case. Darius dedicates his life to boxing and he spends hours every day in the gym training, teaching, and coaching. He is giving back to the community in so many ways and helping other young men choose a life of healthy choices and good character as well.

On a more personal note, I want to say that I am a Licensed Clinical Social Worker and have specialized and worked with young men and woman in substance abuse, the correctional system, and in crisis for over 20 years. I know the value of having consequences, but I also know the importance of second chances. Some men will be given a second chance at building their life and they will thrive because of it. I believe wholeheartedly that Darius Carter is one of those men. He recognizes the wrong he has done, but he has spent the last couple of years trying to grow and become a better person in this world. Additionally, he is helping the next generation do better too. I am asking you to consider a healthy balance today. To consider reasonable consequences but to also not take away his chance for a good life. I believe if you give him the opportunity Darius will show you that he can be of great value to our community.

Thank you for your time Judge Autry.

Sincerely,

Elizabeth Helton, LCSW

Emily Scates
13200 Old Jamestown Road
Black Jack, MO 63033


Dear Judge Autrey,

I am writing to you to provide a character reference for Darius Carter, whom I have had the privilege of knowing for the past two years as a fellow boxer and coach at STL Boxing Academy. In this time, I have witnessed firsthand the positive impact Darius has had on everyone around him and feel compelled to share these observations with you.

One particular example regarding Darius' impactful presence that stands out in my memory is when Darius began working with our elementary-aged son, Eli, who often has a negative attitude toward physical fitness and following instructions in general. From the first session, Darius patiently worked with him, tailoring his approach to meet Eli's unique learning needs along with his skill and confidence level. He even showed vulnerability with Eli sharing his own childhood struggles with being overweight and how important it's been for him to learn to follow instructions. This volunteer effort from Darius not only helped improve Eli's desire to try harder overtime but also boosted his confidence and fostered a sense of community for him within the gym. Eli looks for Darius everytime he comes to the gym. At the moment, he doesn't know that he may not get to see "Coach Darius" for a while. It'll be a hard conversation and I know that he will miss his energetic mentor greatly.

Point blank - Darius is an INSPIRATION; but, upon simply seeing Darius for the first time, a young dark-skinned black man with a beard, you look down and the probation ankle bracelet quickly catches your eye. To many people that alone may be enough to assume it must be his defining characteristic. Yet we'd all be missing out if we stopped there, for above that bracelet stands a beautiful human being who becomes your brother, and the bracelet begins to fade. As our brother, Darius has consistently demonstrated exceptional leadership skills and a genuine commitment to the well-being and progress of others. His presence makes you want to do better. Oftentimes I've been too fatigued to keep going in sparring rounds or too tired to help repair the boxing ring or some other safety mechanism at the gym, and I used to think to myself "that damn Darius - after working full time hours at a manual labor job and training at an elite level as a boxer, he's got the nerve to want to take a loose the boxing ring NOW to repair it?!" However, you jump in and help anyway because his level of commitment to ensure the success of not just his own journey but the safety and journey of those around him is contagious. Even when the gym hosts community events that are scheduled past Darius' curfew, he's always been the first to help clean and set up for the events despite knowing that he would never have the chance to enjoy them for himself.

For Darius, it's never been just about him. As a mentor to the younger boxers and even to myself, he has taken countless hours out of his own schedule to offer guidance, training, and support. He is **the most trusted fighter** to spar with younger, less experienced boxers and

female boxers like myself due to his consistent ability to maintain self-control while patiently challenging you to grow. When you're in the ring with Darius, you know it's going to be an incredible challenge due to his ridiculous stamina, but as a woman (and less experienced fighter) I know that I am safe.

While I understand that Darius is facing serious legal consequences, I respectfully ask that you consider the substantial positive contributions he has made to our community, to our children. He has shown a capacity for growth and a genuine desire to help others, traits that I believe should be taken into account during his sentencing. I am confident that, given the opportunity, Darius will continue to make positive changes and serve as an asset to our community.

Thank you for taking the time to read this letter and for considering my perspective on his character.

Sincerely,

Emily Scates (aka Wolf or Coach Wolf)
Boxer and Mobility Coach
STL Boxing Academy
C: (314) 801-0787
e: emily.n.scates@gmail.com

Dear Honorable Judge Autrey,

I am writing to you today on behalf of Darius Carter, a friend and fellow member of the STL Boxing Academy. As someone who has gotten to know Darius personally over the past year, I feel compelled to provide a character reference for him and respectfully request reconsideration of the length of his incarceration.

Darius is a remarkable individual who embodies discipline, hard work, and motivation. Within our boxing community, he is known for being a supportive and encouraging presence, always willing to push his teammates to be their best selves. His dedication to improving not only himself, but also those around him, is truly inspiring.

In his pursuit of excellence in boxing, Darius has demonstrated an unparalleled work ethic. He consistently puts in the time and effort to hone his skills, often training for hours on end to achieve his goals. His ability to remain calm under pressure and his strategic thinking have set him apart as a standout member of our gym.

Beyond his athletic abilities, Darius is a person of honesty, loyalty, and integrity. He is always there for his friends and family, offering support and guidance whenever needed. His strong relationships and positive reputation within our community are a testament to his admirable character.

I firmly believe that Darius's positive attributes, accomplishments, and personal qualities make him deserving of a positive recommendation. By reconsidering the length of his incarceration, I believe he will have the opportunity to continue contributing positively to society and demonstrate his potential for rehabilitation.

Thank you for considering my perspective on this matter. I trust that you will make a fair and just decision regarding Darius's case.

Sincerely,

Isaac Cox
Carrollton, IL, 62016
(217)-883-2975
June 13, 2024



**UNHEARDTV**

2085 Walton Rd., St. Louis, MO 63114
Suite 8
admin@unheardtv.com

Greetings,

My name is Jackie Phillips a St. Louis based entrepreneur. I have had the pleasure of working with Darius over the last few years on several projects. Darius has serve the small business community, the youth, elders, and everyone in between with sincerity and urgency.

Darius has participated in:
1. Hydrating with Love: Providing water to communities in need (mostly elders)?
2. Motivating the youth through training tips and focus groups
3. Assisted with set up and breakdown of business workshops and seminars
4. Delivered Bless Bags throughout the community

Darius has become a vital part of the STL Boxing Academy family. We rely on his energy, motivation, leadership, and willingness to serve.

Darius is working hard to stay forward focused for not only himself, but for his family and those who have become his village.

Sincerely,
Jackie "JP" Phillips
314.477.7926
www.UnheardTV.com

Jaffet Ayala
2808 Hilldale Ave
St. Louis, MO 63144
314-931-6119
Jaffet.Ayala@gmail.com
06/09/2024


Dear Honorable Judge Henry Autrey,


My name is Jaffet Ayala I am a resident of St. Louis County. I writing this letter today on behalf

of my friend and teammate, Darius Carter. I have had the privilege of training closely with

Darius over the last year, and I feel compelled to share my personal experience with him.

Since I have known Darius, he has been a dedicated and hardworking individual, both in and out

the gym. He is a true team player, and always willing to go above and beyond to support his

teammates and contributes to the success of our local boxing gym. Darius consistently

demonstrates strong leadership qualities and positive attitude, serving as a role model for those

around him.


I struggle with an anxiety disorder. It can be overwhelming trying to balance work, family, and

pursuing my passion.  However, seeking help and support can make a significant difference in

managing these struggles. Darius had proven to be a valuable source of support for me as I

navigate through these challenges. Darius's has encouraged me on days when I have been down

on myself, motivated me when I wanted to give up, and has been an example to me, that all

things are possible.

Darius's profession is labor-intensive. After his work-day, you can find Darius faithfully at STL Boxing Academy. His work ethic, consistency, dedication, is an example of true a leader. He not only trains hard, but pushes and challenge us to train harder.

While I am not here to dispute or criticize the court's decision, I simply wish to convey my personal perspective on Darius as a friend and teammate. I believe that he is a good person who deserves a fair chance to redeem himself and continue making positive contribution to our community.

Best Regards,

Jaffet F. Ayala

Jaqui Rogers
13200 Old Jamestown Rd.
Black Jack, MO 63033

Dear Honorable Henry E. Autrey,

My name is Jaqui Rogers, a consultant for BJC Healthcare and a team member at STL Boxing Academy. I am writing this letter as a proud character witness for my friend and teammate, Mr. Darius Carter. Darius and I first crossed paths just as he was re-igniting his journey with our boxing gym, and I was starting mine. I recall the day we met, vividly. Darius walked up to me and asked, "are you one of the new fighters?" I chuckled, because I considered myself the furthest thing from a *fighter*. I explained, "I'm no fighter--just here to work out, I guess." He responded, "If you're here, you're a fighter and you are family. Welcome to the gym." He sealed the affirmation with a fist bump and proceeded to train harder than anyone I'd ever seen. From that moment on, I knew that Darius was one of the hearts of this place. Over the course of the past 2.5 years, I've had the honor of witnessing Darius's ever-growing commitment to his personal development, family—in and outside the ring, and the success of his teammates. His absence over the course of this past month has been painfully reverberating.

Darius is someone I consistently look forward to seeing and being around. He is a pillar, and true example of what it means to commit to continuous improvement. Even more, he has been a beautiful role model for my 9-year-old son, Eli. Over the course of the past year, Eli has struggled with insecurity surrounding his growing body and fluctuating weight. After meeting and learning more about Eli, Darius consistently made it a point to find time to spend, work with, and empower my son. Between squats, pushups, and stairs, he spoke life into Eli. He consistently reassured him that there was nothing he couldn't do. He'd even go to the extent of sharing pictures and testimony from his own weight loss journey. That level of vulnerability, to me, demonstrates one of the most redeeming qualities about Darius.

Darius doesn't shy away from opportunities to honor his truth and the lessons that have come with it. He embodies what it means to show up and make the most of every day--every moment. He has been intentional about surrounding himself with community that believes fully in—and will hold him accountable to--his purpose, and potential. And community is where he continues to show up as his best self. If given the opportunity, his journey can be one that inspires and serves as a testimony of what it means to grow through, learn from, and be better than our human propensity for mistakes. Personally speaking, that's the true impact he has had on my life.

Thank you for your time and consideration, Judge Autrey.

All the best,

Jaqui Rogers

Dear Judge Autrey,

I am writing to you on behalf of Darius Carter, whom I have had the privilege of knowing for the past 7 months at the STLBoxingAcademy. My name is Joe Vasquez, and I am a 20-year-old college student who has developed a strong bond with Darius during our time training together.

Darius has been like an older brother to me and many others at the gym. He has shown true care and support for all of us, always looking out for our well-being and pushing us to be our best selves. Despite the circumstances he is facing, Darius has continued to show love and compassion to those around him, including myself. His presence at the gym has been a source of motivation and inspiration for me, as he has consistently demonstrated leadership qualities and a willingness to help others grow and succeed.

Darius has been a mentor and role model to me, always leading by example and offering guidance when needed. He has selflessly given his time and energy to help the entire gym community improve and learn from the coaches. His dedication and commitment to our growth and development have not gone unnoticed, and I am grateful for the positive impact he has had on my life.

I believe that Darius deserves a second chance to contribute to the community and continue being a positive influence on those around him. I respectfully ask that you consider his options and grant him the opportunity to make amends and give back. I am willing to confirm any of the statements I have made about Darius and provide further support for his character and integrity.

Thank you for taking the time to read my letter and consider my perspective. I trust that you will make the right decision for the well-being of everyone involved. May God guide you in your deliberations.

Sincerely,

Joe Vasquez

Joe Vasquez
11033 Ivane Ave Saint Ann, MO 63074
(314) 885-8798
Joevasquez559@gmail.com

Jordan Monette
One Cardinal Way APT 2109
Saint Louis, MO 63102
(832) 622 - 8464
Jordan.Monette1@gmail.com


Honorable Judge Henry Autrey,

My name is Jordan Monette. I am the Chief Engineer on a defense program at an aerospace company located in Saint Louis, MO. More impactfully, I am a son, brother, and uncle. I am writing you today on behalf of Mr. Darius Carter.

I've known Mr. Carter for roughly eight (8) months. When I joined STL Boxing Academy in October of 2023, Mr. Carter was one of the first individuals to introduce himself. He proceeded to educate me on what STL Boxing Academy was all about. The Academy teaches the importance of intellect, discipline, and commitment. It was quickly apparent that Mr. Carter embodied those same values.

Throughout my time at the Academy, I've gotten to know Mr. Carter on a more personal level. I understand that he has been a father figure to his girlfriend's children for some time now and has recently welcomed a beautiful baby girl named Valencia. Throughout the pregnancy, we've had multiple conversations about the importance of fatherhood and the weight that it carries in his life. To see the joy on his face when he introduced Valencia to the Academy was heartwarming. It showed me a side of him that I had not yet been privileged to see. Despite the ongoing tribulations in his life, he's remained steadfast on his commitment and desire to raise Valencia.

I humbly request that you take into consideration Mr. Carter's and Valencia's overall well-being. Having been fortunate to have a father in my life, I believe Valencia should have a similar fortune; one that allows her to have a significant relationship with her father during her adolescence beyond the confinements of incarceration. I also request you allow Mr. Carter an opportunity to raise his daughter in that same fashion. I appreciate your consideration.


Respectfully,

Jordan Monette

June 10, 2024
Jose Dominguez
8940 Kathlyn Dr
Berkeley, MO 63134

Dear Honorable Judge Autrey,

I am writing to you today in support of Darius, a man whom I have come to know and admire over the past year. I am a member of the gym where Darius trains, and I have had the privilege of witnessing his dedication, positivity, and leadership in action.

Darius has been a source of motivation and inspiration for me since I began attending the gym around March of last year. Even on the toughest days, when I felt exhausted or discouraged, Darius never failed to lift my spirits with his infectious energy and unwavering positivity. His ability to keep pushing forward, no matter the obstacle, has taught me the importance of maintaining a positive attitude in all circumstances.

In addition to his impressive work ethic and determination in the gym, Darius has also demonstrated his kindness, compassion, and willingness to help others outside of the ring. I have seen him go out of his way to assist his mother, offer words of encouragement to those in need, and serve as a role model for those around him. His selflessness and dedication to his community make him not only a formidable athlete but also a truly exceptional human being.

Although I have only known Darius for a relatively short period of time, the impact he has had on me and those around him is immeasurable. He has created a sense of camaraderie and family within our gym community, and I am grateful to have had the opportunity to know him.

In conclusion, I ask that you consider the positive attributes and contributions of Darius when making your decision. He is a man of integrity, strength, and compassion, and I believe that he has the potential to continue making a positive impact on those around him.

Thank you for taking the time to read my letter and for considering my perspective.

Sincerely,

Jose Dominguez

June 10, 2024

Dear Honorable Judge Autrey,

My name is Kelley Ray, and I am the co-owner and coach of STL Boxing Academy. I have known Darius Carter for three years. During this time, he has proved himself to be a man of his word, a dedicated teammate, as well as an individual who selflessly puts the needs of others above his own.

Darius was always volunteering to help out at the gym. He helped us build the boxing ring, hung pictures, put together equipment, and even worked on teammates cars. He was the staple of discipline and leadership. His dedication to his teammates, even when going through challenging times, was unmatched. He was able to push new and old teammates, showing them that the only limit they have is themselves. Darius was at every event his teammates participated in, walking them through the process, helping them relax prior to their performance, and making sure they were celebrated after, regardless of the outcome. When one of our clients was diagnosed with cancer, he made sure to go out of his way to visit her and lift her spirts. During some of his hardest personal moments, he showed up for others. When he is in the gym his positive energy is felt, when he isn't, his energy is a noticeable void.

Darius has something you can't teach and that is heart. Over the past three years, he has grown tremendously as a man. His energy is contagious. Everyone who has been in contact with him at the gym is a better person because of an environment he plays a major role in. I truly believe he will continue to make valuable contributions to his family, his community, and society as a whole. I appreciate you taking the time to read this letter and hope you will take it into consideration as you make your decision on his case.

Sincerely,

Kelley Ray
314-265-2684

Kenneth Sullivan
210 Gerald Ave
Florissant, MO 63031
314-938-1861
June 11,  2024

Dear Judge Autrey,

My name is Kenny Sullivan, I am writing to you today to shed light on the positive impact that my teammate and friend, Darius, has had on those around him. As a member of the Stl Boxing Academy, I have had the privilege of witnessing firsthand the ways in which Darius uplifts and inspires those in our community.

Darius is a beacon of positivity and encouragement in our gym. His unwavering determination and work ethic serve as a model for us all to follow. He is always the first to offer a helping hand or words of encouragement to his fellow teammates, pushing us to be the best version of ourselves, in our personal and professional lives. Darius has a way of building up our confidence, making us feel like champions in our daily lives. Seeing Darius winning in the Golden Gloves, which is an amateur boxing competition that includes local, regional, and national tournaments, was an inspiration to me. As a man, this reminded me that if I work hard, I will get the results I want.

Beyond his skills as a boxer, Darius is a true team player. He fosters a sense of camaraderie and unity among us, creating a supportive and inclusive environment where everyone feels valued and respected. Darius's leadership is truly commendable, and I am inspired by him.

In conclusion, I believe that Darius's impact goes beyond just skills in the ring. He is a shining example of what it means to be a true sportsman and a positive influence on those around him. I hope that this letter provides you with a better understanding of the kind of person Darius is, and the positive impact he has on our community. Boxing and our family oriented gym has made Daius a better man, as a result he is making those in his sphere of influence better. Thank you for your time and consideration.

Sincerely,

Kenneth Sullivan

Kenneth Sullivan

June 11, 2024

LaGrant Sanford

423 Chambers Rd.

314-719-6474

lsanford732@gmail.com

Dear Judge Autrey,

Greetings, my name is LaGrant Sanford and I am writing this letter for my friend and teammate Daruis Carter. I have known Darius for 3 years and he has been a real positive influence in my life and others.

His attitude towards life and his character to improve is very contagious to everyone he meets. As boxers we get disheartened really easily from small flaws in our craft but Daruis was different. He made sure he worked harder than the next person and still gave support to others when they needed it. He inspired a lot of people in and out the gym. Daruis was there for my first fight giving me advice and we won Golden Gloves together. He was allways making sure I was sharp inside the ring. I credit him for why my defense is sharp now because Darius is the best example of never giving up on anything you set your mind to.

I would like to thank the court for considering my letter. If there are any questions or concerns about this letter I am available to confirm these facts if necessary.

Sincerely,

JUNE 12, 2024

To The Honorable Judge Henry E. Autrey,

This letter is humbly submitted as character reference for Darius E. Carter. My name is Lamar Hardison 25-year employee of the Dept of Veterans Affairs. I met Darius 2-3 years ago taking my youngest son to STL Boxing Academy for training. In a short amount of time, I watched Darius become one of the hardest workers in the gym. Darius would come directly from work to work at the gym. Many times, he would bring his family with him.  As he progressed through the ranks of the gym, he became a leader of his peers. Darius is always pushing and supportive of his teammates to become better. Over the last year our relationship has grown closer as he took it upon his self to individually help my 12-year-old son.  He has proven to me to be a good person as well as a good role model. Helping create an "nurturing" environment in boxing gym isn't an easy or a normal task.  Darius has taken many of the kids and given them additional help with their boxing skills. However, the more important part is what he gives to their minds. The talks, the words of encouragement-built confidence in my son and others. The guidance he offered will be truly missed. Personally, I know the person he is to the youth at the gym can't be replaced by just anyone. I do truly believe that Darius is an asset to the community, as well a crucial part of his family. I ask that leniency and mercy be shown to MR. Carter.

Sincerely,

Bro. Lamar Hardison
SR. Veterans Service Representative
Lhardison314@gmail.com

Mikayla Foster

4137 Island Terrace Ct

(314) 420-1643

miikaykay23@gmail.com

To Judge Autrey:

My name is Mikayla Foster and I have known Darius for two years. I met Darius at the gym at STL Boxing Academy back in 2022.

I am writing this letter because although I respect that Darius (the Defendant) has been found guilty of a crime, I am writing this letter to offer a fuller picture of him as a person. For the last two years I only go to gym about one to four days out of the week and Darius was always there.He could arrive at the gym before me and would be the last one to leave. I have never seen someone work as hard and spar for hours like he did. When he wasn't in the ring he was encouraging our fellow teammates. There are numerous times Darius would stand right on the corner of the edge of the ring and emboldened me.He has given me lessons for free just to help me improve. He comes to what we call "Mindful Mondays" at the gym on his off days and we all get vulnerable and just talk about how to get through the struggles in our lives. He shows up and shows out at our parties and get-togethers and I never forget his rapturous comedy. Not only is he my friend, he is my family.

I would like to thank the court for considering my letter. If there are any questions or concerns about this letter I am available to confirm these facts if necessary.

Sincerely,

Priscilla Lay
386-235-0977
2409 Lavin Ct.
Florissant Mo, 63033

Dear Honorable Judge Autrey,

I am writing to you in regard to Darius Carter, a teammate of mine at Stl Boxing Academy. My name is Priska Lay, and I have been training at the academy for over a year. Prior to this, I had a successful career in combat sports, winning State Championships in Jiu-Jitsu and becoming a Kickboxing Champion. I came to Stl Boxing Academy with the goal of becoming a World Champion in Bare Knuckle Boxing after undergoing knee surgery.

Darius Carter has been a significant influence in my life, both as a leader and a teammate. Despite his current legal situation, I believe he deserves a positive recommendation. Darius has shown that people can be role models regardless of their past mistakes. Our shared values of personal growth and accountability have allowed us to connect on a deep level. His absence at the academy has been deeply felt by the entire team.

Darius's selfless nature and exceptional skills as a boxer made him a phenomenal leader. He always put the team first, going out of his way to help others improve. His work ethic, both in training and in various jobs, was inspiring to all of us. His dedication to the sport was evident in his performances, and he set a high standard for all fighters at the academy.

Darius recently became a father, adding another layer of emotional complexity to his current situation. The support and love shown to him by the gym during his baby shower speak to the strong bond we share as a community. We are committed to standing by Darius and his family during this difficult time.

As a martial artist, I strive to lead a purposeful and intentional life. Darius embodies the values that I hold dear, and his friendship has been a source of joy and motivation for me. Despite his past, Darius has shown a willingness to change and improve himself. I believe he deserves a second chance and the opportunity to continue on a positive path.

In conclusion, I ask for your understanding and support in considering Darius's case. I am confident that he has the potential to make a positive impact on society and continue to grow as a person. Thank you for your time and attention to this matter.

Sincerely,

Priscilla Lay

June 12, 2024

Dear Honorable Judge Autrey,

My name is Reginald Thomas, and I am the co-owner and coach of STL Boxing Academy. I have known Darius Carter since he first came to our gym in 2021. During these three years, I can attest to his outstanding character, reliability, and generous nature.

Darius shows up when you need him. When I moved, multiple people volunteered to help. We planned on starting at 5am on a freezing January morning. When I stepped outside my home, Darius was already there, eager to help ease my mind during this stressful time. He was the only one who showed up before the time I asked, everyone else showed up later that day, when all the heavy lifting was complete. Without his assistance, I know I wouldn't have been able to move during the timeframe we were given.

Darius genuinely gives himself to others. He is the first to make new teammates feel welcomed and keep old teammates motivated. There have been numerous times, Darius donated his equipment to new teammates who couldn't afford the equipment needed to participate. He has volunteered countless hours to offer guidance to teammates, picked up teammates when they didn't have a car, and helped repair their car if it broke down. He tirelessly helps coaches, uplifts teammates, and keeps the energy in the gym upbeat and driven.

During these past three years, Darius has developed into a positive force everyone in the gym feels. His presence is always confident and optimistic. He contributes with a constant smile on his face and always shows up when any one needs him. His strong sense of responsibility in helping others, makes him a valuable asset to his family, community and society. I would like to thank you for giving me this opportunity to offer a more complete picture of who Darius Carter is.

Sincerely,

Reginald Thomas
314-249-7768

Dear Judge Autrey,

I am writing to provide a character reference for my friend and boxing comrade, Darius Carter. My name is Renzo Orlandini, and I have had the privilege of knowing Darius personally since 2022. We train together at STL Boxing Academy, where he has not only been a great friend but also a respected leader.

Darius is a human being who, like all of us, makes mistakes, but his positive attributes far outweigh any shortcomings. He possesses an exceptional work ethic and a commitment to self-improvement that I have rarely seen in others. Darius works full-time as a welder, a physically demanding job that he performs diligently for eight hours each day. Despite the exhaustion that comes with such labor, he consistently attends our boxing training sessions every afternoon. His dedication to the sport and to bettering himself is truly inspiring not just to me, but to all of our athletes.

Darius has taught me a great deal about boxing. He is not just a fellow athlete but a mentor and a friend. His willingness to share his knowledge, and his encouragement have significantly contributed to my own development in the sport. His leadership and camaraderie make our gym a better place for everyone.

Beyond his contributions to our gym, Darius's accomplishments are a testament to his character. He balances his demanding job with rigorous training, demonstrating remarkable resilience and perseverance. His ability to juggle these responsibilities showcases his strong work ethic and dedication to personal growth.

In terms of work ethic and skills, Darius stands out for his reliability and ability to perform under pressure. He has a strong sense of discipline and dedication, which he brings to his boxing training. Additionally, Darius always helps our coaches with handyman abilities, whether it is setting up new equipment or making repairs to the gym facility. His willingness to assist and contribute his skills ensures our gym operates smoothly and safely.

Darius is a person of integrity. He is honest, loyal, and works well with others. These qualities have earned him the respect and admiration of those who know him. His positive attitude and supportive nature create a sense of community and camaraderie within our gym.

In conclusion, I wholeheartedly believe that Darius Carter deserves a positive recommendation. He has been a great friend, a hardworking individual, and a dedicated athlete. I am confident that his character and dedication will continue to make a positive impact on those around him.

If you require any further information or have any questions, please feel free to contact me. Thank you for considering my letter, and I appreciate your time and attention in this matter.

Sincerely,

Renzo Orlandini               Email: ozner112@gmail.com          Cell: (228)-424-6973

Siarra McCarthy
16 Cedarbrook Dr. Apt.1-E
Saint Charles,MO. 63301
636-734-1734
mccarthy.siarra@gmail.com
June 10,2024


The Honorable Judge Henry Autrey

Allow me to introduce myself; my name is Siarra McCarthy. I am the girlfriend and mother of Darius Carter's daughter Valencia. Today I write to you on the behalf of Mr.Carter who has been found guilty before your court.

Darius and I have known each other for fifteen years as we met in August, 2009 at Ritenour Senior High School where we both attended at the time. He was one of the first people there to introduce himself to me and from there we became friends. Whenever in the presence of Darius he was always so kind and fun to be around. Unfortunately, after high school Darius and I lost contact. Like many people our day to day lives become more busy whether it be with work, our families, etc.

July, 2018 we crossed paths again and shortly after began dating. Within time we decided to introduce one another to our children we had prior to dating. Following that Darius became very active in my daughters day to day lives. When my daughters are sick there have been times where he has taken off work to keep them so that I wouldn't risk losing my job. He has attended teacher/parent conferences, band concerts, choir concerts, you name it he was there! Darius always made it a point to show up and show out for his girls. Even if I couldn't make it at times he made sure to be there. It has always been important to Darius that amongst our children a parent is present no matter what.

This February 18,2024 we finally welcomed one of our own into this world, Ms.Valencia Carter. Throughout my entire pregnancy Darius was very supportive and there every step of the way. I wouldn't have had it any other way and couldn't ask for a better father/ father figure to our girls. Even as he is incarcerated he still

manages to be supportive and strong for us. It's in fact what keeps me afloat most days as I raise our girls while he is away.

As I understand the seriousness of the charges, I hope that you may show leniency so he can return home to his family. Thank you for your time and consideration.


Sincerely,

Siarra McCarthy

Dear Honorable Henry Edward,

I hope this letter finds you well. Allow me to introduce myself; my name is Terri Madison, a registered nurse from Saint Louis with over 16 years of experience in the field. I am writing to you on behalf of Darius Carter, in relation to case number 4:22-CR-313-HEA-SRW-1.

I have had the pleasure of knowing Darius for approximately four years now. Our paths crossed at the Boxing Gym, where I attended classes to support my mental and emotional health during the challenging times of nursing through COVID-19. From the moment I met Darius, I was struck by his respectful and hospitable nature. He not only focused on his own training to excel in the world of boxing but also made sure to uplift and support everyone in the gym.

As I got to know Darius better, I realized the depth of his character and the positive impact he was having on those around him. I eventually create a program called The Inside Fight, in partnership with STL Boxing Academy, where I aimed to coach individuals on the mindset of a champion and provide mental health support. Darius played a significant role in this program, unknowingly mentoring and inspiring others with his commitment to self-improvement and his genuine care for those around him. Him showing up and participating in the program, made others more open to the idea of discussing personal things.

Having overcome challenges in my own past, I understand the power of second chances and the importance of recognizing the potential for growth and redemption in every individual. I am grateful for the opportunities I have been given, and I believe that Darius deserves the same consideration.

I respect and honor your role in the justice system, and I trust that you will carefully consider my words, the impact Darius is making in the community, and the potential for redemption in his case.

Thank you for taking the time to read my letter. I appreciate your attention and consideration.

Sincerely,

Terri Madison, RN, BSN.
Terrimadison@outlook.com
314-827-7098