"Your Honor"

      I unfortunately am not able to attend this sentencing in person and as much as I wish I can be there today I will be having a family member reading my statement….

      On October 31, 2017, Darius Carter decided to use a firearm that he was never supposed to have against my cousin and her unborn child. We have spent 7 years as a family grieving these two loved ones without the justice that they have deserved. My family is now a victim of gun violence because this weak person couldn't just let her walk away. He spiraled a close-knit family into a depression and rage. We have been forced to have a new look on life with trusting people, trusting the system, or just even with trusting a phone call because it may just be your life changing in an instant. However, I don't think he even knew who he messed with because we are still here and we will always be here, watching and fighting for the justice that S▓ and M▓ M▓ deserve. This guilty verdict from this most recent trial is only *a part* of his prison journey. This guilty verdict has sparked an even brighter flame in this fight for justice. This verdict was not only about illegal purchase of a firearm but about the next step for my family in getting the closure we need for our lost loved ones that were manipulated by this self-absorbed person that sits in front of you awaiting his fate.

      You must know that he took my closest cousin, S▓, who was just like my little sister. She was funny, sassy, and had her whole life ahead of her. S▓ was so excited to become a mom to M▓ and we were all so eager to greet the newest and littlest addition to this great big family. S▓ would've been the best mom. But S▓ and M▓ were selfishly taken from not only their family but from their own bright future. Darius has been able to make new relationships, go to parties, live life up like nothing happened but S▓ and M▓ cannot. S▓ won't be able to graduate college, see her daughter's first birthday, meet her niece, be at family members' weddings or even her own! Darius is a dangerous *thing* to society. If he can destroy a significant other and their family with no remorse or a bat of an eye, then what else will he do if he is out? Who knows that damage that he has done thus far thinking that he got away with such a monstrosity? He wasn't even supposed to obtain a firearm, but somehow he did. How else can he be stopped other than in jail or prison? Darius is a danger not only to the public but to any other vulnerable person that may accidentally cross his path and fall into his evil manipulation. I want him to know that we have *always* known the truth and it is coming back to bite him, hard.

      Thank you for your time, A▓