To whom it may concern,

  Hello and thank you for taking the time to read my plea for The M▓▓▓ Family. I have been fortunate enough to know everyone in this family for the past 21 years. I met S▓▓▓ M▓▓▓ when she was only 7 years old and she remained in my life until she was murdered by her boyfriend, Darius, in October of 2017. I watched my close friend, K▓▓▓, struggle to understand why her beautiful, loving, and kind 19 year old daughter was ripped from the Earth along with her fully developed grandchild, M▓▓▓▓, with whom S▓▓ was 8 1/2 months pregnant. Not only did she have to know exactly how her daughter died(a single gunshot wound to the back of her head), she was not allowed to tell anyone that she was murdered for a long period of time after her death. K▓▓▓ was also forced to live minutes away from her daughter's murderer. K▓▓▓ did not choose the law enforcement that showed up to the crime scene but she should have been able to trust the law enforcement to do their jobs legally and following all procedures as the law states. However, that did not happen, hence the reason Darius is still allowed to walk around freely until his trial. All this time he has gloated over what he "got away with" and has continued to be a predator to women. He killed 2 innocent people with 1 bullet, how much more dangerous can a person actually be?

 A person that cold deserves rehabilitation just like any other human but I cannot understand how the rehabilitation could be less than 15 or 20 years. But as our broken justice system does not protect victims, it has allowed this monster to live freely for the past 7 years. Women are too afraid to report him because they know about his past and fear violence if they were to report him. His family is aware of his crime because his own mother helped cover for him. I cannot fathom knowing one of my own children was responsible to shamelessly take another life and then lie to protect them. I would never be able to sleep knowing that a mother wouldn't get justice for the life of her child.

   K▓▓▓ did not give up, she took what was handed to her and then worked tirelessly the past 7 years to get justice for S▓▓ and M▓▓▓▓. She took every penny she earned and paid detectives to give her answers that belonged to her the whole time. She fought the incredibly dark depression alone but got up every day and went to work because it was too hard to lay in bed during the day thinking about what had become of her life. She has fought her own physical illness' brought on by stress and despair without complaining about how awful she feels. She has had to watch everyone go on with their lives while her daughter and grandchild will forever be 19 and unborn. Unfortunately, K▓▓▓ husband passed away the year before S▓▓ from cancer suddenly and without much warning.  So when S▓▓ and M▓▓▓▓ life were taking so soon after her husband G▓▓ passed, it all seemed like God did not exist. 3 out of 5 members of her immediate family were gone in about 1 years time. It shouldn't have to happen to anyone, especially K▓▓▓, who has always loved her family unconditionally.

 When G▓▓ passed, K▓▓▓ felt unlucky but at least she understood why he was gone because cancer was the reason. When S▓▓ and M▓▓▓▓ life were wrongfully taken from her, she had no understanding. She had to sit with the fact that none of it had to happen, none of it was necessary, and S▓▓ and M▓▓▓▓ should still be here. S▓▓ would be 26 and M▓▓▓▓ would be starting kindergarten right now. So every year that people start talking about going back to school, K▓▓▓ gets reminded of what she doesn't have. Every time a friend has a daughter that just got engaged, K▓▓▓ is reminded that she will never watch her daughter walk down the aisle. When you lose a child, your world stops right at the age that your child expired while everyone around you moves forward in life. People forget these horrible

things that happen, except the person affected by it the most, Mom. She can't ask her friends to stop celebrating their kids accomplishments, she just swallows the pain and attends the celebration no matter how depressing it feels. Karen deserves grace and love and nothing less. She deserves to rest.

 Please, please, please help The M█████ Family feel peace by putting Darius behind bars for as many years as our system allows. Please keep young women safe by forcing Darius away from the general public. Please consider charging any family members with jail time for their responsibility in trying to cover it up. Please let The M█████ finally feel peace that they haven't been allowed to feel the past 7 years. Thank you very much for taking the time to read.

 Sincerely,

