Your Honor,

My name is K███ B█████. I am K███ M██████ aunt and S████ M██████ great aunt. I am writing to let you know how S█████ death ( murder) has impacted our family. First, every holiday leaves us with an empty place! We miss S████ and her compassion and fun loving personality. She made all of us feel loved. We were all looking forward to what S████ would become. We were eager to meet M██████ (S████ unborn child). We knew that S████ would be an awesome mom.

While our families loss is great, it is nothing compared to her mother's and brother's grief!

S████ loss and the circumstances surrounding her death have taken a tremendous toll on K████. She struggles to get out of bed. She often gets physically sick reliving that horrific day. A█████ struggles with feelings of helplessness in how to help his mom. And understandably he his angry about what happened to his sister.

I understand that nothing will bring S████ back, but I am asking that you give K████, A█████ and the whole family justice so that we all can have peace and begin to heal.

Thank you for your understanding and consideration in this matter!



K███ B█████

K███ M██████ Aunt

S████ M██████ Great Aunt