Your honor,

The purpose of this letter is to convey the amazing spirit of my cousin S███, to share the impact this tragedy has had on my personal life, and to hopefully contribute to the long awaited justice S███, M███, M███ family, and anybody who has ever loved S███ deserves.

I am 24 years old and have outlived my older cousin. My cousin has been gone for seven years now and the shock still hits just as hard as the day that she died. To this day I am still left confused and in disbelief that S███ and M███ were taken so tragically.

As a nurse I have witnessed much hurt, pain, and death. To witness suffering in patients and loved one's hearts due to illness or injury can become overwhelming at times. Although, in a hospital setting you can wrap your mind around these tragedies and see opportunity. Most often there's opportunity for healing, there's time for answers or a miracle, time to say I love you, time to hold a hand or hug a loved one, time to find a little bit of hope or say a prayer, and the opportunity to say goodbye. S███ and M███ were robbed of even just the time. For as much death and hurt as I've come accustomed to, I will never be able to even begin to comprehend this tragedy.

S███ was kind, loving, empathetic, strong, and a light in any room. As a younger girl I always was so excited to spend time with S███ and just be in her presence doing the little things. I miss her and wish I could've seen the incredible mother she was soon to become. I will always remember and feel a special bond with S███ that was given to us by our late grandpa, P███ J███. P███ J███ gave myself, our other cousin A███, and S███ each a special nickname that he would individually call us all the time. It was special because only us girls got a nickname of the grandkids and I know we all loved it and treasured it so much. I think of these memories often and I am grateful we got to share that together.

I know S███ and M███ are now safe in heaven with P███ J███, S███ father, and all other passed loved ones. However, I humbly ask the court to use your available power to the fullest extent in an effort to bring the long awaited peace, justice, and closure that S███, M███, and the M███ family deserve. I thank you for your time and for considering my words.

A███ R. B███