Your Honor,

At 8:00 P.M. On Halloween 2017 I answered the phone to hear our daughter J███ sobbing S████ is dead, S████ is dead. My God, I thought, was it an auto accident? A health emergency? Unbelievable this nightmare began. S████ was taken from us, Our bright light, cheerful, generous, and loving. No more will I hear her delightful "Hi Grandma, I'm doing good". For Our daughter K████, her only daughter S████, her pal, meant K████ has to be a hero everyday. A██████ {her brother} also has to be without his sister S████, he now lives to support K████ while trying to handle his own painful loss. So many of us miss Our S████.

Because a gun had been purchased and provided to their household. S████ and her baby M█████ were taken away from us.

I saw her love for people especially children. I know she would be touching hearts of all that would have had a chance to meet her. Now we have to deal with this heartbreaking loss.  S████ {my granddaughter} and M█████ {my great granddaughter) were taken from us too early, all because a gun was available to an angry and callous person.

I came across  this saying and it touched my heart and describes how I feel about my S████. I think about her daily just like this saying " The Loss of Her will Be Forever"

We are asking for Justice for Our M█████ Girls.

A███ B██████ Grandmother of S████ and Great Grandmother of M█████