To All Concerned,

      I, A███ B███, feel both humbled and honored to have the opportunity to share some words regarding my cousin, S███ M███; however, above these feelings, sadness is unfortunately the feeling that is most profound when I reflect on S███. This feeling is one that has persisted for my entire family during the many years it has taken to find justice for S███ and her unborn child, M███ A███.

      S███ was a kind, warm-hearted, and a loving person. She cared deeply for her family and loved ones, and was a shining light in the lives of her mother K███, father G███, and brother A███. Being close in age to S███, I am blessed to have several wonderful memories from my childhood involving spending time with her and my other cousins. Yet, of these memories, two specifically stand out to me which serve as testimony of S███ wonderful character and the deep love and bond she had with her family.

      I remember the strength that S███ and her family showed when dealing with the passing of her father, G███ M███. Though the loss of someone so important is devastating, it was clear that S███, K███, and A███ all drew strength from each other and supported each other greatly. They were each other's pillars; and this strength was so obvious to me as a child, that I still think of this often. In many ways, I have used their example as inspiration when dealing with grief and difficulty in my own life. Adding onto this, my most profound memory of S███ was when she visited my family in Colorado with her mother and brother. I remember sharing many laughs and stories together, and I vividly remember when they decided to get matching tattoos to remember G███. These tattoos served as a physical reminder of their strong bond while also being a literal permanent reminder of the love they had for each other as a family. Yet again, this memory with S███ inspired me, and not too long after my family used their idea and decided to get matching tattoos ourselves. Though the tattoo I received was for my own family, upon reflection, it is just another small and permanent way that S███ has impacted me, and I feel blessed to carry that with me forever.

      When S███ died, I was just beginning my career in Security Forces in the United States Air Force. I had been two months into a one year assignment to the Middle East and though I knew the military would take me away from family, and that I would experience loss, I could never expect that my first experience with this would be the loss of my cousin, only the same age as me. I vividly remember where I was, what I was doing, and the words my father used when he called me to share the news. I remember feeling sadness, confusion, and anger when learning about the circumstances surrounding her death, feelings that still exist today. I also remember having a feeling of

guilty irony when reflecting on the nature of my job and where I was serving at the time. If something bad or dangerous happened to me, if my family had to deal with the grief of losing a child, sad as it may be, it was explainable. The same could not be said for the M████. To lose a daughter and sister in such a horrifying and tragic way, on a Halloween no less, and so soon after the loss of a father and husband, is incomprehensible. As I grow older and have experienced being married, traveling overseas, spending time with my family, and even beginning to start my own, I cannot help but be reminded that my cousin cannot do these things. Those opportunities were taken from her. Above all, what stands out the most is the opportunity to be the amazing and loving mother she clearly would have been.

     I ask that the court take into account that my military career has seen me serve in a law enforcement, security, and combat capacity. Concepts of death or dying are not foreign to me, and I have witnessed what loss can do to people; yet, when reflecting on my experience, I can confidently and genuinely say that the loss the M████ family has faced stands alone in my mind. I can only begin to imagine the pain they have felt and will forever feel. I also know that when dealing with such tragic circumstances, no healing can truly begin for a family until the justice that is deserved, is received. The strength K████ and A██████ show every single day is beyond inspirational, the love they have for S████ is unquestioned, and for their sake as well as S██████, I ask that justice is served.

     I humbly thank the court for considering my words and respectfully ask that your available power be used to the fullest extent in an effort to bring long awaited closure, peace, and justice for S████, M████ A████, and the M████ family.

A████ R. B██████