27 May 2024

Subject: Sharing Support and Advocacy for the Tragic Loss of S█████ M███

Your Honor,

I am reaching out to you with a heavy heart to seek support and advocacy for my family in the wake of an unspeakable tragedy. On Halloween night 2017, my beloved niece, S█████, who was young and pregnant, was senselessly shot and killed by her boyfriend. This devastating act of violence has shattered our lives and left us grappling with profound grief, anger, and confusion.

S█████ was a vibrant young woman with dreams and aspirations for her future, which were tragically cut short by this act of murder. Her untimely death has not only robbed us of her presence but has also left her unborn child without the chance to experience the love and care of their mother. Our family continues to struggle to come to terms with this profound loss.

For nearly seven years, our family has endured navigating the complexities of the legal process seeking justice for S█████.  We now seek your guidance in sentencing to ensure S█████ receives the justice she deserves and that her memory is honored and respected by these legal proceedings.  We are committed to holding her perpetrator accountable for his actions and preventing further acts of violence against women in our community.

Thank you for your dedication to serving victims of crime.

Sincerely,

D███ B██████ (S█████ Uncle]

*D██ B████*