Your Honor,

I'm J▮▮▮▮, the Aunt of S▮▮▮ M▮▮▮▮. I want to express my gratitude for allowing me to address the court regarding the impact of Lynn Hooks and Darius Carter's crime on our family.

The tragic events of October 31, 2017, marked the beginning of a profound loss for us. Lynn Hooks' decision to illegally purchase two firearms for her son Darius resulted in the devastating murders of my goddaughter, S▮▮▮, and her unborn daughter, M▮▮▮▮.

S▮▮▮, just 20 years old and looking forward to motherhood and college graduation, was a vibrant and compassionate soul. Lynn Hooks' actions stole the joy we anticipated, especially after the tragedy of S▮▮▮▮ father's death 18 months earlier.

Since that fateful night, our family has never been the same. S▮▮▮▮ absence is a constant ache, leaving an irreplaceable void. The joy and laughter she brought to our lives have been replaced by the enduring pain of her absence.

For over six years, Lynn Hooks and her son Darious Carter have lived without facing the consequences of their actions, while we continue to grieve the loss of S▮▮▮ and M▮▮▮▮. If only we could turn back time and prevent Lynn and Darius from purchasing those firearms, avoiding the circumstances for writing this letter. However, the reality is that two beautiful souls are no longer with us, and our family can never fully recover.

Because of the immense pain and loss, I request the maximum sentence be imposed for Ms. Hooks and Darius Carter. I hope that they remain fully aware of the pain and heartache they have caused S▮▮▮▮ mom, her brother, me, and the entire family that now cherishes the memory of our beloved girls in heaven.

Lynn Hooks' and Darius Carter's actions have created an irreparable tear in our family that can never be mended.

With love for sweet S▮▮▮,

Your Godmother,
J▮▮▮▮