Dear Your Honor,

My name is J███ R████████ and I am K████ M█████ aunt and A███████ M█████ great aunt. The M█████ family lost their husband G███ and father very quickly, to pancreatic cancer back in 2015. As if that was not enough then they loss their daughter, granddaughter, sister and niece to a horrible act in 2017. S████ was a kind sweet young lady and had a huge future ahead of her. She was excited to become a Mom and named her M█████. She would have been a great Mom! Now here we are 6 years later still hoping for justice. I wished that S████ had never met Darius Carter and his mother Lynn Hook. I don't understand how they both are free and living their lives when S████ and M█████ are not here with us. Lynn Hook that had the gun that murdered S████ and M█████ should get the maximum sentence. I am not sure why Darius Carter is not serving a life sentence for killing his own child and S████ who he was dating. On October 31, 2017 S████ was packing a bag to go and stay with her Mom since the relationship with Darius was not going well. She never made it home. I wish that S████ never met Darius Thomas and Lynn Hook. If so, she would still be here with us. I pray every day for justice for S████, M█████, K████, A███████ and all of us.

My niece K████ who I have loved all her life is not the same person and how can she be. Her life and heart has been ripped apart and she grieves every day since 2017. Please give K████ and A███████ and all of us the justice we deserve.

Thank you for your time, J███ R████████