Honorable Judge,

I am writing this letter to communicate the devastation and impact the loss of S███ M████ has had on the entire M████/B████ family. My name is J██ B████ and I am S███ M████ Aunt. Although distance did not allow me to see S███ as often as I wished, I am grateful and blessed of the memories I do have.

When approached, S███ had a shyness and quietness about her yet deep within was a very strong personality. I loved that most about S███ because she reminded me of my own daughter, A████ P███ J██ (Grandpa) would often compare the two with their bundle of energy and their wit. He would always say there was never a dull moment!

The last time I was with S███ was for my son's high school graduation. I remember our conversations about what she wanted to do with her future. She was inspired and full of hope. I have been blessed to see my beautiful daughter become an adult and my sister-n-law, K███ M████ will never have that opportunity. She will never know the wonderful adult and mother S███ would have become. K███ will never know her granddaughter, M████ M████. Unimaginable.

Lives have been affected and forever changed from this tragedy. Peace can not come into our lives until we see justice served. It is my hope this letter is read with the understanding that the impact of S████ and M████ death on the M████/B████ family and all the people who knew S███, will never go away. The grief the family has gone through is unimaginable, especially for S███ mom(K███ M████ and brother(A████ M████). Their new normal is pain and suffering until they see righteousness. I am asking you to take my letter, along with all of the other letters on behalf of S███ M████ into consideration when deciding the sentence hearing.

Respectfully,

J██ A. B████ (S███ Aunt)