Your Honor,

The purpose of this letter is to try and convey the impact of no longer having S▮▮▮ M▮▮▮ in the lives of so many people.

I understand the charges in this case may not be explicit to the circumstances related to the murder of S▮▮▮. But to me the charges seem to be implicit to the fact that S▮▮▮ had been murdered. Either way the absence of S▮▮▮ and the circumstances that caused this are horrific.

The pain and loss have been unbearable for many of those that have known S▮▮▮. Obviously, in particular her mother and brother. The emotional impact is unmeasurable and unique and personal to each person's life S▮▮▮ was a part of. For many it has caused great anguish and even illness for some. To have the reality of this on one's mind 24/7 is in some sense a form of torture. All the feelings of pain, hurt and loss do not have an expiration date, they will last forever.

Beyond the emotional aspect in this situation is the expense of money and loss of time. Expense with trying to hire the help needed to assist with investigating and uncovering connections that would lead to explicit charges and judicial justice set in place by the laws mandated for a murder. There is no way to put a monetary denomination on the value of the loss of time. Whether it be daily trivial things or so many big life events that have been missed by S▮▮▮ and by others, never having the opportunity to share these experiences with S▮▮▮. And those experiences and moments lost just continue and compile up.

I am certain you will hear or receive letters from many people. I am confident of that because I know how much S▮▮▮ was loved by a great number of people…family, friends, neighbors, co-workers, etc. Had everyone who has been impacted by no longer having S▮▮▮ in their lives taken the time and opportunity to contact you the compilation of responses and correspondence would have been staggering.

Please take others impact statements and mine into consideration when determining this sentencing.

Sincerely,

K▮▮▮ B▮▮▮▮▮, S▮▮▮▮ uncle.