Statement from L██ W██████ Aunt to S█████ M█████ and Great Aunt to M█████ M█████

Your Honor,

On Halloween 2017, I will never forget. I had just tucked my own children into their beds and was thinking about how Halloween went well for our family that night. Then the phone call came from my sister J███████. I was thinking she was going to check on the kids and how their night went. I never expected the reason behind the call. J███████ tells me S█████ is dead. I paused and said what did you say and she had to repeat it. I asked how, how can she be dead? That's not possible. {I was thinking about how her baby shower is this weekend} How did she die? J███████ said she was told it may have something to do with the baby.

We rushed down to St. Louis full of heartbreak, questions, and confusion. Shortly after we arrived the corner had called and informed K█████ that S█████ had died from a single gunshot wound to the head and that it wasn't self-inflicted. I asked how, because to my knowledge S█████ didn't own a gun because I knew she was underage and I really hadn't met her boyfriend.

I just knew how excited S█████ was about becoming a mom and K█████ becoming a grandmother. M█████ was going to be such a bright light for S█████ and K█████. I knew S█████ was good with children and would be such a loving mother. I can remember how excited she was when she would get to see my children when they were babies and how she would take care of them and interact with them. We all looked forward to meeting M█████. Our family was looking forward to having something to celebrate.

Once I heard S█████ was murdered by someone with a gun. I asked how could she have been murdered who would do that to her to a pregnant mom. Who could be that horrible? When I asked how she didn't have a gun, I was told she had given the guns to her boyfriend's mother because she didn't want them in the house with the baby coming. Finding out S█████ was shot to the back of the head made me think she didn't see it coming. But one thing I didn't understand was why the baby wasn't saved, with how far along S█████ was the baby should have been able to survive.

S█████ and M█████ were murdered; no one deserves to have their lives ended by the hand of another person. S█████ was going to be a mom. She was so looking forward to meeting M█████ in person. My sister K█████ had been talking about being a grandmother and how excited she was and looking forward to helping out with childcare.

There are 2 lights now missing from Our Family. S█████ and M█████ were taken away from Us on Halloween 2017 all because a person felt they had the right to shoot and murder not only one person but two people because S█████ was 8 months pregnant with M█████.

S▮▮ and M▮▮ M▮▮ were murdered by a gun that shouldn't have been in that house. S▮▮ was underage to own a gun and to my knowledge S▮▮ had bailed her boyfriend out of jail. So, I wouldn't think a gun should be in their household.

The person that bought the guns along with the person who used the gun should have to face the consequences of their actions. They deserve to have justice; they deserve to live and have the life they were meant to have.

L▮ W▮▮ Aunt to S▮▮ M▮▮ and Great Aunt to M▮▮ M▮▮