Hello Your Honor,

On October 31ˢᵗ, 2017, I received a phone call that would shatter my reality and rip away from me a cousin, who was more of a sister, and a soon-to-be new member of our family that we were so ready to love. It was my sister that had to relay the devastating news, and after hearing it I stared into the darkness of my room hoping I could wake up from this nightmare. It's been 6 years, and my family is still living in this nightmare.

S▇ was one month away from giving birth. The family was getting ready to welcome her baby, M▇, and we could all see how excited S▇ was to be a mother. S▇ would have made an amazing mom with so much love to give; she would have given it all to M▇. Instead, we now must talk about them as memories and what ifs. They'll be no more family get togethers with S▇, and we won't get to watch M▇ grow. My 6-month-old son won't get to meet my cousin, who would have been more of an aunt, and a 6-year-old M▇.

The family knows what happened, Darius murdered S▇ out of malice because S▇ was finally getting away from him. She had her bags packed and was ready to start a new chapter surrounded by family instead of Darius's world of violence and drugs. He shed his crocodile tears and claimed S▇ committed suicide, but the idiot we know him to be put the gun in the wrong hand. S▇ is left-handed, so why would the gun be in her right? It haunts me to think he watched her lie there when he could have saved M▇, but again he cares only for himself. S▇ was a soon-to-be excited mother who had recently called her mother to come home and was cheated out of so many milestones all because Darius couldn't stand to see S▇ stand up for herself. He took so much away from this family without a second thought for anyone but himself. The worst of his crimes, stealing S▇ and M▇ away from us, deserve multiple life sentences in a dark hole. I'll be happy knowing he's serving any time for the damage he's done to so many lives by stealing the lives of those we love. Maybe then with that time alone he can start to think beyond himself and begin to understand the pain he's brought to so many.

Thank you for giving us an opportunity to share the pain we've felt for 6 years and will continue to feel. I can only hope that Darius feels the full weight of the law, but it will never be enough to make up for what he took from me and my family when he decided to kill S▇ and M▇. At least this sentencing brings some solace to my grief.


T▇ T▇